IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENDRICK THOMPSON                                                                                         PETITIONER

v.                                    Case No. 5:07V00037 SWW-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                                                          RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Respondent's motion to dismiss is granted and Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice. It is further Considered, Ordered, and Adjudged that Petitioner's request for leave to conduct discovery and for appointment of counsel for the purpose of conducting discovery is denied.

IT IS SO ORDERED this 30th day of October, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE