IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENDRICK THOMPSON                                                    PETITIONER

v.                               Case No. 5:07V00037 SWW-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                           RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Respondent's motion to dismiss is granted and Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice. It is further Considered, Ordered, and Adjudged that Petitioner's request for leave to conduct discovery and for appointment of counsel for the purpose of conducting discovery is denied.

IT IS SO ADJUDGED this 30th day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE