IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENDRICK THOMPSON,     *
             *
     Petitioner,   *
             *
vs.           *   No. 5:07cv0037 SWW
             *
             *
             *
LARRY NORRIS, Director,    *
Arkansas Department of Correction, *
             *
     Respondent.  *

ORDER

Before this Court is what has been construed as petitioner Kendrick Thompson's

application for a certificate of appealability from the dismissal of his 28 U.S.C. § 2254 petition

for habeas corpus  [doc.#17].  This Court has the authority to issue such a certificate.  *See, e.g.,*

*Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997), *cert. denied*, 119 S.Ct. 89 (1998); *Tiedeman v.*

*Benson*, 122 F.3d 518 (8th Cir. 1997).  A certificate of appealability certifies that the applicant

has made a substantial showing of the denial of a constitutional right, that is, a showing that the

issues are debatable among reasonable jurists, a court could resolve the issues differently, or the

issues deserve further proceedings.  *See, e.g., Carson v. Director of the Iowa Dept. of*

*Correctional Services*, 150 F.3d 973, 975 (8th Cir. 1998), *cert. denied*, 119 S.Ct. 819 (1999).

With respect to claims that are procedurally barred, the Eighth Circuit has summarized the

factors to consider when determining whether a certificate of appealability should issue when a

habeas claim is denied on procedural grounds: "(1) if the claim is clearly procedurally defaulted,

the certificate should not be issued; (2) even if the procedural default is not clear, if there is no

merit to the substantive constitutional claims, the certificate should not be issued; but, (3) if the

procedural default is not clear and the substantive constitutional claims are debatable among jurists of reason, the certificate should be granted." *Khaimov v. Crist*, 297 F.3d 783, 786 (8th Cir. 2002) (citing *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000)).  After reviewing the record in this case, this Court determines that petitioner has failed to make the required showing of the denial of a constitutional right as to the dismissal of his claims as being procedurally barred. Accordingly, petitioner's motion seeking a certificate of appealability should be and hereby is denied.

IT IS SO ORDERED this 9th day of July 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE